FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07-CR-79-WKW |
| ) | [18 USC § 656; |
| JAN PUGH THOMPSON ) | 18 USC § 1029(a)(5)] |
| a/k/a JAN J. PUGH ) | |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about April 14, 2004, in Lee County, within the Middle District of Alabama,

JAN PUGH THOMPSON,
a/k/a JAN J. PUGH

defendant herein, being an agent and employee of First American Bank, a federally insured bank, embezzled, abstracted, purloined and willfully misapplied in excess of $1,000 in moneys, funds, assets and credits entrusted to the custody and care of First National Bank. All in violation of Title 18, United States Code, Section 656.

## COUNT 2

From on or about April 22, 2004 through on or about June 11, 2004, in Lee County, within the Middle District of Alabama,

JAN PUGH THOMPSON,
a/k/a JAN J. PUGH

defendant herein, knowingly and with the intent to defraud, effected transactions with 1 or more access devices issued to another person or persons, to receive payment and other things of value, the aggregate value of which is equal to or greater than $1,000. All in violation of Title 18, United States Code, Section 1029(a)(5).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
NATHAN D. STUMP
Assistant United States Attorney