IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-79-WKW |
| | ) | |
| JAN PUGH THOMPSON | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Nathan D. Stump, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 9th day of May, 2007.

                                           LEURA G. CANARY
                                           UNITED STATES ATTORNEY

                                           /s/Nathan D. Stump
                                           NATHAN D. STUMP
                                           Assistant United States Attorney
                                           One Court Square, Suite 201
                                           Montgomery, AL 36104
                                           Phone: (334) 223-7280
                                           Fax: (334) 223-7135
                                           E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-79-WKW |
| | ) | |
| JAN PUGH THOMPSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman.

        Respectfully submitted,

        /s/Nathan D. Stump
        NATHAN D. STUMP
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: nathan.stump@usdoj.gov