IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.  3:07CR-79-WKW |
| ) | |
| JAN PUGH THOMPSON ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on June 18, 2007 before the undersigned Magistrate Judge.  Present at this conference was the **Honorable Christine Freeman**, counsel for the defendant, and **Assistant United States Attorney Nathan Stump**, counsel for the government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **November 5, 2007**.   The trial of this case is set for the trial term commencing on **November 5, 2007** before **United States District Judge William Keith Watkins** and is expected to last one trial day.

2.  There are no motions currently pending.

3.  Proposed voir dire questions shall be filed on or before **October 29, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All Motions in Limine shall be filed on or before **October 29, 2007**. Motions in Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

    5.  Proposed jury instructions shall be filed on or before **October 29, 2007.**

    6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **October 24, 2007.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **November 5, 2007.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **November 5, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 19th day of June, 2007.


                                             /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE