IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:07-cr-79-WKW** |
| ) | |
| **JAN PUGH THOMPSON** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JAN PUGH THOMPSON**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. The Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge. On information and belief, the parties have agreed on the substance of a plea agreement which includes pleading to an Information, pursuant to F.R.Cr.P. 11(c)(1)(C).

Dated this 23rd day of October 2007.

                                                   Respectfully submitted;

                                                   s/Christine A. Freeman
                                                 CHRISTINE A. FREEMAN
                                                 TN BAR NO.: 11892
                                                 Counsel for Jan Pugh Thompson
                                                 Federal Defenders
                                                 Middle District of Alabama
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, AL 36104
                                                 TEL: (334) 834-2099
                                                 FAX: (334) 834-0353
                                                 E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant United States Attorney.

        s/Christine A. Freeman
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org