IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:07-CR-79-WKW |
| | ) | |
| JAN PUGH THOMPSON | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing presently set for **October 26, 2007**, at **9:00 a.m.**, will be held before **United States Magistrate Judge Wallace Capel, Jr., in courtroom 5A**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is **DIRECTED** to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 25th day of October, 2007.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE