IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 OCT 25  P 4:44

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:07cr79-WKW |
| ) | [18 USC § 2113] |
| JAN PUGH THOMPSON ) | |
| a/k/a JAN J. PUGH ) | |
| ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

From on or about April 14, 2004 through on or about June 11, 2004, in Lee County, within the Middle District of Alabama,

JAN PUGH THOMPSON,
a/k/a JAN J. PUGH

defendant herein, with intent to steal and purloin, did take and carry away money, property, and things of value exceeding $1,000 belonging to and in the care, custody, control, management, and possession of First American Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(b).

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Nathan D. Stump*
Nathan D. Stump
Assistant United States Attorney