AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

JAN PUGH THOMPSON
a/k/a JAN J. PUGH

**WAIVER OF INDICTMENT**

Case Number:   3:07CR79-WKW

   I, JAN PUGH THOMPSON, the above named defendant, who is accused

of violation of Title 18, United States Code, Section 2113, being advised of the nature of

the charge(s), the proposed information, and of my rights, hereby waive in open court on

___10/26/07___ prosecution by indictment and consent that the proceeding may be by
         DATE
information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
          Judicial Officer