## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:07-cr-79-WKW |
| | ) | |
| JAN PUGH THOMPSON | ) | |

## ACKNOWLEDGMENT OF SENTENCING CONSIDERATIONS

**COMES NOW** the Defendant, **JAN PUGH THOMPSON**, by and through undersigned counsel, Christine A. Freeman, and notifies the Court that Ms. Freeman has advised Ms. Thompson of the following:

1.    The sentencing guidelines contained in the United States Sentencing Commission Guidelines Manual (Guidelines) are no longer mandatory, but remain an important factor that the Court will consider in determining a reasonable sentence.

2.    In addition to the Guidelines, in determining a reasonable and appropriate sentence the Court will consider the sentencing factors set forth in Title 18, Section 3553(a), of the United States Code. Those sentencing factors include:

      a.    the nature and circumstances of the offense;

      b.    the history and characteristics of the Defendant;

      c.    the need to reflect the seriousness of the offense;

      d.    the need to promote respect for the law;

      e.    the need to provide just punishment for the offense;

      f.    the need for deterrence;

g.    the need to protect the public;

h.    the need to provide the Defendant with educational or vocational training;

i.    the need to provide the Defendant with medical care;

j.    the kinds of sentences available;

k.    the need to avoid unwanted sentencing disparities;

l.    the need to provide restitution to victims.

Dated this 26th day of October, 2007.



JAN PUGH THOMPSON          CHRISTINE A. FREEMAN
Attorney for Defendant